IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
VICTOR PLIZGA,                    )
                                  )   2:09-cv-000651-GEB-DAD
          Plaintiffs,             )
                                  )   ORDER
     v.                           )
                                  )
GMAC, GMAC MORTGAGE, MORTGAGE,    )
ELECTRONIC REGISTRATION           )
SYSTEMS, INC. ("MERS"), ETS       )
SERVICES, LLC., and DOES 1-50,    )
Inclusive,                        )
                                  )
          Defendants.             )
                                  )
```

On April 17, 2009, Defendants filed a motion to dismiss (Docket No. 11) and a motion to strike (Docket No. 12). However, on May 19, 2009, Plaintiff filed a First Amended Complaint (Docket No. 14), which is now the operative pleading. See Hal Roach Studios, Inc. v. Richard Feiner and Co. 896 F.2d 1542, 1546 (9th Cir. 1989) (stating an amended complaint supersedes the prior complaint). Since the pending motions do not address the operative pleading, they are denied as moot.

Dated: June 4, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1