**Stuart B. Wolfe (SBN 156471)**
**Natilee S. Riedman (SBN 257871)**
**nsriedman@wolfewyman.com**
**2175 N. California Blvd., Suite 415**
**Walnut Creek, California 94596-3579**
**Telephone:  (925) 280-0004**
**Facsimile:   (925) 280-0005**

**Attorneys for Defendants**
**GMAC MORTGAGE, LLC (erroneously sued as "GMAC" and "GMAC MORTGAGE"), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND ETS SERVICES, LLC**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PLIZGA,<br><br>              Plaintiff,<br><br>    v.<br><br>GMAC, GMAC MORTGAGE, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), ETS SERVICES, LLC, and DOES 1-50, inclusive,<br><br>              Defendants. | Case No. 2:09-CV-00651-GED-DAD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>[L.R. 6-144] |

TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

This Stipulation is made pursuant to Local Rule 6-144 and is made by and between Plaintiff VICTOR PLIZGA and Defendants GMAC MORTGAGE, LLC (erroneously sued as GMAC and GMAC Mortgage), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and ETS SERVICES, LLC (hereinafter "Defendants").  Plaintiff and Defendants, by and through their respective counsel of record herein, agree and stipulate as follows:

A.     On or about May 28, 2009 Defendants requested of Plaintiff an extension of time to respond to the First Amended Complaint until and including July 3, 2009.

B.     On or about May 28, 2009, Plaintiff's counsel agreed to extend Defendants' time to

1  respond to the First Amended Complaint until and including July 3, 2009.

2       C.    Defendants previously obtained an extension of time to respond to Plaintiff's

3  Original Complaint on or around March 31, 2009.

4       D.    This Stipulation does not alter the date of any event or any deadline already fixed by

5  the Court.

6      WHEREFORE, the parties to this action agree and stipulate that Defendants have until and

7  including July 3, 2009 to respond to Plaintiff's First Amended Complaint.

8  DATED: May 28, 2009           WOLFE & WYMAN LLP



By: /s/ Natilee S. Riedman
    STUART B. WOLFE
    NATILEE S. RIEDMAN
Attorneys for Defendants
**GMAC MORTGAGE, LLC (erroneously sued as "GMAC" and "GMAC MORTGAGE"), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND ETS SERVICES, LLC**

DATED: May 29, 2009           LAW OFFICES OF JONATHAN G. STEIN

By: /s/ Jonathan G. Stein
    JONATHAN G. STEIN
Attorney for Plaintiff
**VICTOR PLIZGA**

///
///
///
///
///
///
///

1  ///

## ORDER ON STIPULATION

The Court having reviewed the stipulation of the parties, and good cause appearing therefore, ORDERS that Defendants shall have including and until July 3, 2009 to respond to the Plaintiff's First Amended Complaint in this matter.

IT IS SO ORDERED.

Dated: 6/5/09

_____
UNITED STATES DISTRICT JUDGE